O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE CARL ANTHONY VALLIER | ) Case No. 2:19-cv-05553-JGB (JDE) ) ) ORDER ACCEPTING FINDINGS ) AND RECOMMENDATION OF ) UNITED STATES MAGISTRATE ) JUDGE |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 12). Plaintiff did not file a timely written objection to the report.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted; and
2. Judgment shall be entered dismissing this case without prejudice.

Dated: November 22, 2019

_____
JESUS G. BERNAL
United States District Judge